**FILED**

**NOT FOR PUBLICATION**

MAR 29 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30194 |
| Plaintiff - Appellee, | D.C. No. 3:06-cr-00446-JO |
| v. | MEMORANDUM[*] |
| RODRIGO DIAZ-LOPEZ, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Robert E. Jones, District Judge, Presiding

Submitted March 16, 2010[**]

Before:   SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Rodrigo Diaz-Lopez appeals from the 72-month sentence imposed

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

GT/Research

following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

Diaz-Lopez contends that the district court improperly considered certain personal characteristics at sentencing. We review for plain error, *see United States v. Dallman*, 533 F.3d 755, 761 (9th Cir. 2008), and affirm because Diaz-Lopez has not established plain error by the district court, much less that consideration of these personal characteristics affected his substantial rights, *see id.* at 761-62.

Diaz-Lopez also contends that the sentence is substantively unreasonable. In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the below-guideline sentence was not unreasonable. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

In accordance with *United States v. Rivera-Sanchez*, 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to § 1326(b). *See United States v. Herrera-Blanco*, 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED to correct judgment.**